Decided June 3, 2008

STATE OF CONNECTICUT *v.* JOSE A. PAGAN, JR.

The defendant's petition for certification for appeal from the Appellate Court, 107 Conn. App. 118 (AC 28199), is denied.

*Glenn W. Falk*, special public defender, in support of the petition.

*Lawrence J. Tytla*, supervisory assistant state's attorney, in opposition.

Decided June 3, 2008

AARON HOCHMAN *v.* PREMIER RESOURCE GROUP, INC.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 29435) is dismissed.

*Aaron Hochman*, pro se, in support of the petition.

*Richard P. Weinstein* and *Nathan A. Schatz*, in opposition.

Decided June 3, 2008